


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 21 2012

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 20, 2012

By E-Mail
Honorable J. Paul Oetken
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Zahavi*, 12 Cr. 288 (JPO)

Dear Judge Oetken:

    On July 13, 2012, the Court set a motion schedule in this matter, requiring defense motions to be submitted by August 24, 2012. On August 21, 2012, defendants requested, and the Court granted, a one-week extension of this deadline, to August 31, 2012. The defendants subsequently filed their motion on that date. The Government's opposition is currently due on Friday, September 21, 2012; the defendant's reply is due September 28, 2012; and a hearing is scheduled on the motion for October 4.

    Due to the press of other business, the Government respectfully requests a brief extension of this briefing schedule, as follows:

    Deadline for Government's opposition:    September 26, 2012
    Deadline for defendants' reply:    October 3, 2012
    Hearing date:    October 10, 2012 at 10 a.m.

APPLICATION GRANTED:
*/s/ J. Paul Oetken*
HON. J. PAUL OETKEN
UNITED STATES DISTRICT JUDGE     9/21/12

The Government has conferred with Your Honor's chambers to confirm that the proposed hearing date is available. The Government has further conferred with counsel for both defendants, who consent to the Government's request.

Respectfully,

PREET BHARARA
United States Attorney

By: *Serrin Turner* (digitally signed by Serrin Turner, DN: cn=Serrin Turner, o=U.S. Department of Justice, ou=USAO-SDNY, email=serrin.turner@usdoj.gov, c=US, Date: 2012.09.20 10:43:49 -04'00')

Serrin Turner
Assistant United States Attorney
Southern District of New York
(212) 637-1946

cc:   Henry Mazurek, Esq. (by e-mail)
      Susan Necheles, Esq. (by e-mail)