# Clayman & Rosenberg LLP

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

Henry E. Mazurek
Counsel
mazurek@clayro.com

October 2, 2012

By Facsimile (212) 805-7991

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *United States v. Leor Zahavi, et ano.*,
           No. 12 Cr. 288 (JPO)

Dear Judge Oetken:

    I write on behalf of defendant Leor Zahavi to request a slight extension of the deadline for submitting the reply brief in support of the defendants' pretrial motions. Currently, the reply brief is due to be filed by tomorrow, October 3, 2012. I respectfully seek a two-day extension of time to file the brief on Friday, October 5, 2012. I have conferred with the government on this request and it has no objection.

    Because I have been occupied in other urgent matters related to trial preparation, I need the additional time to complete my research and drafting of the reply brief. The additional time will not affect the Court's schedule to hear oral argument, which is currently scheduled for October 10, 2012.

Respectfully yours,

Henry E. Mazurek

cc: A.U.S.A. Serrin Turner
    A.U.S.A. Jonathan Cohen
    Susan Necheles, Esq.

APPLICATION GRANTED:

HON. J. PAUL OETKEN
UNITED STATES DISTRICT JUDGE

10/3/12