UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                :
:
-against-                    :   12 Crim. 288 (JPO)
:
LEOR ZAHAVI and DAVID BLUMENSON,         :   ORDER
                          Defendants     :
:
------------------------------------------------------------X

J. PAUL OETKEN, District Judge:

Defendants have filed a motion to compel subpoena compliance against Bank of America. (Dkt. No. 43.) In a letter submitted to the Court, Bank of America has requested until November 2, 2012 to respond to Defendants' motion. That request is denied. Bank of America is ordered to file any opposition to Defendants' motion by no later than 5:00 p.m. on October 24, 2012. The Court will hear oral argument on this matter on October 26, 2012 at 2:30 p.m. at the United States Courthouse, 500 Pearl Street, New York, New York, in Courtroom 15D.

SO ORDERED.

Dated: New York, New York
       October 19, 2012

_____
J. PAUL OETKEN
United States District Judge

1